UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HEATON SPITTERS,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL EUROPEAN STUDIES,<br><br>Defendant. | Case No.19-cv-02863-JSC<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 5 |

Plaintiff filed this civil action on May 23, 2019 with an application to proceed in forma pauperis. (Dkt. No. 3.) The in forma pauperis application, however, was incomplete and failed to include any financial information. The Court therefore denied the application to proceed in forma pauperis and ordered Plaintiff to submit a renewed application or the filing fee by June 20, 2019. (Dkt. No. 5.) To date, Plaintiff has done neither. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE in writing by July 11, 2019 as to why this action should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b). Plaintiff's response to the Order to Show Cause shall be accompanied by either a renewed application to proceed in forma pauperis or the filing fee. If Plaintiff fails to comply with this Order, the Court will reassign this action to a district judge and recommend that the action be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 27, 2019

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HEATON SPITTERS,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL EUROPEAN STUDIES,<br><br>    Defendant. | Case No. 19-cv-02863-JSC<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on June 27, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas Heaton Spitters
P.O. Box 1370
Santa Clara, CA 95052


Dated: June 27, 2019

                                           Susan Y. Soong
                                           Clerk, United States District Court

                                           By:_____
                                           Ada Means, Deputy Clerk to the
                                           Honorable JACQUELINE SCOTT CORLEY